UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

        -v.-                              :     INDICTMENT

SALVATORE LARCA,                        :     **13 CRIM 340**
MATTHEW STROCK,
MITCH ENGLESON, and                     :
THOMAS DONAHUE,
    a/k/a "Roy Dwyer,"                  :
    a/k/a "Tre"
                                        :
        Defendants.
                                        :
- - - - - - - - - - - - - - - - - x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAY 0 8 2013**

<u>COUNT ONE</u>

The Grand Jury charges:

<u>Background</u>

    1.   From at least in or about March 2012, up to and including in or about April 2013, in the Southern District of New York and elsewhere, SALVATORE LARCA, MATTHEW STROCK, MITCH ENGLESON, and THOMAS DONAHUE, a/k/a "Roy Dwyer," a/k/a "Tre," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that SALVATORE LARCA, MATTHEW STROCK, MITCH ENGLESON, and THOMAS DONAHUE, a/k/a "Roy Dwyer," a/k/a "Tre," the defendants, and others known and unknown, would and did possess with intent to



distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was 1000 kilograms and more of mixtures and substances containing a detectable amount of marijuana, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, SALVATORE LARCA, MATTHEW STROCK, MITCH ENGLESON, and THOMAS DONAHUE, a/k/a "Roy Dwyer," a/k/a "Tre," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Count One of the Indictment.

### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____  
FOREPERSON    5/8/2013

_____  
PREET BHARARA  
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SALVATORE LARCA,
MATTHEW STROCK,
MITCH ENGLESON,
and THOMAS DONAHUE,
a/k/a "Roy Dwyer,"
a/k/a "Tre,"

Defendants.

---

### INDICTMENT

13 Cr. \_\_\_\_\_

(21 U.S.C. § 846)


PREET BHARARA
United States Attorney.

A TRUE BILL

_____
                                         Foreperson.

---

5/8/13 - Filed Indictment.
 AC     Case assigned to Judge Sullivan
                 Judge Gorenstein
                 USMJ